UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIANE DAVIS
                              Plaintiff,                        09 **CIVIL** 669 (HB)

               -against-                                   **JUDGMENT**

THE CITY OF NEW YORK, et at.,
                              Defendants.
-----------------------------------------------------------X

The issues in the above-entitled action having been brought on for trial before the Honorable Harold Baer, Jr., United States District Judge, and a jury on December 13, 2010, and at the conclusion of the trial on December 15, 2010, the jury having returned a verdict in favor of the defendants, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

DATED:  New York, New York
             December 16, 2010

SO ORDERED

_____
USDJ

                                                            **RUBY J. KRAJICK**
                                                                    **Clerk of Court**
                                                     BY:
                                                                    **Deputy Clerk**